IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01178-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$48,210.30 IN UNITED STATES CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 488015748746,

$43,426.50 IN UNITED STATES CURRENCY SEIZED FROM JP MORGAN CHASE & CO. ACCOUNT NO. 778581645,

$3,143.66 IN UNITED STATES CURRENCY SEIZED FROM CITIBANK, N.A. ACCOUNT NO. 9788943846,

$2,025.42 IN UNITED STATES CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 488025220283,

$7,132.00 IN UNITED STATES CURRENCY, and

$1,300.00 IN UNITED STATES CURRENCY,

        Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6);

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT after notice, there have been no Claims or Answers filed in this matter as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions;

THAT Entry of Default was entered by the Clerk on October 25, 2010;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of all of the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6); and

THAT the Clerk of Court shall be directed to enter Judgment as to all of the defendant property;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of the following defendant property, including all right, title, and interest is hereby entered in favor of the United States:

    a. $48,210.30 in United States Currency seized from Bank of America Account No. 488015748746,

    b. $43,426.50 in United States Currency seized from JP Morgan Chase & Co. Account No. 778581645,

    c. $3,143.66 in United States Currency seized from Citibank, N.A. Account No. 9788943846,

    d. $2,025.42 in United States Currency seized from Bank Of America Account No. 488025220283,

    e. $7,132.00 in United States Currency, and

    f. $1,300.00 in United States Currency;

  THAT the United States shall have full and legal title to the forfeited property in accordance with law;

  THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465; and

  THAT the Clerk of Court is directed to enter Judgment as to all of the defendant property.

  Dated this 10th day of November, 2010.

             BY THE COURT:

             *s/John L. Kane*
             JOHN L. KANE
             United States District Judge